# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 13, 2019

Ms. Margaret Lee and Erin Reid, Esqs.
Assistants U.S. Attorney
U.S. Attorney's Office
271 Cadman Plaza East, 4th Floor
Brooklyn, N.Y.  11201

Edward P. Nagle
FP&F Officer
Office of Fines, Penalties, & Forfeitures
New York Area
U.S. Customs and Border Protection
1100 Raymond Boulevard
Newark, N.J. 07102

<u>U.S.A. v. Arcelia Hernandez-Velazquez, 19 CR 0306 (WFK)</u>
<u>Case Number 2020-1001-000112-01 EF</u>

Dear Ms. Lee and Reid and Mr. Nagle:

My client, Ms. Arcelia Hernandez-Velazquez, has received a "Notice of Seizure and Information to Claimants CAFRA Form," dated November 26, 2019.  Since the U.S. Attorney's Office for the Eastern District of New York is prosecuting her in the above captioned case, I request that the civil forfeiture be held in abeyance until the completion of that criminal prosecution.

Sincerely,

/s/

Douglas G. Morris

Assistant Federal Defender
(718) 330-1209

cc:     Clerk of the Court
        Ms. Arcelia Hernandez-Velazquez