*QUIJANO ENNIS & SIDERIS*
ATTORNEYS AT LAW
305 Broadway
Floor 7
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 686-0666
PETER E. QUIJANO CELL: 917.716.6312
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

September 4, 2021

**BY ECF**

Honorable William F. Kuntz
United States District Judge
for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11202

Re:    U.S. v. Hernandez-Velazquez, et al., 19 Cr. 306 (WFK)

Dear Judge Kuntz:

I am the attorney for the defendant Arcelia Hernandez-Velazquez in the above-referenced matter; however, I also write on behalf of Ernesto Hernandez-Velazquez, and Hugo Velazquez. A Status Conference is currently scheduled, before Your Honor, for September 10, 2021 at 2:30 P.M.; and the Court has directed that, if the parties have yet to resolve this case short of trial, they are to jointly submit a proposed schedule for pre-trial submissions and trial no later than September 9, 2021.

The parties have been involved in protracted and extremely complex plea negotiations; however, the parties need additional time in which to resolve this matter. Our efforts to resolve the matter have been severely hampered by the limited access that Counsel have had with their incarcerated clients, due to Covid-19 pandemic.

Accordingly, it is respectfully requested that the Court modify the current schedule by continuing the Status Conference to October 26th, 27th, November 2nd, November 3rd, or November 4th at 11:00 A.M. or later. I have conferred with Assistant United States Attorney Margaret Lee and I understand that the **government has not objection** to this request. Should request is granted by the

Honorable William F. Kuntz, U.S.D.J.
September 4, 2021

Court, all defendants move to exclude time until the date of the next Status Conference

      Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

                            Respectfully submitted,

*Peter Enrique Quijano*

                            Peter Enrique Quijano

cc:    A.U.S.A. Margaret Lee (by email and ECF)
        Anna N. Sideris, Esq. (by email and ECF)
        David Stern Esq. (by email and ECF)
        Robert Soloway Esq. (by email and ECF)
        Calvin Scholar Esq. (by email and ECF)