

U.S. Department of Justice

United States Attorney
Eastern District of New York

EMR/MEL
F. #2018R01374

271 Cadman Plaza East
Brooklyn, New York 11201

November 12, 2021

By E-mail and ECF
The Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Hernandez-Velazquez, et al.
             Criminal Docket No. 19-306 (WFK)

Dear Judge Kuntz:

      Pursuant to the Court's Order, dated September 7, 2021, the parties have conferred and jointly request that the Court set a date for a jury trial on November 28, 2022. In addition, the parties submit the following jointly proposed schedule for pre-trial submissions:

- September 19, 2022: Government and Defense Motions in Limine;
- October 10, 2022: Responses to Motions in Limine;
- October 17, 2022: Replies to Motions in Limine;
- November 21, 2022: 3500, Witness Lists, Exhibits, Proposed Jury Instructions and Proposed Voir Dire.

                                Respectfully submitted,

                                BREON PEACE
                                United States Attorney

            By:      /s/
                                Erin M. Reid
                                Margaret Lee
                                Assistant U.S. Attorneys
                                (718) 254-7000

cc:   Clerk of Court (WKF) (by ECF)
      Defense Counsel (by ECF)